| | |
|---|---|
| In re: | Case No. 20-00204-HWV |
| Telana Virata | Chapter 7 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 4 |
| Date Rcvd: Dec 08, 2020 | Form ID: tele341 | Total Noticed: 63 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Telana Virata, 1080 Nugent Way, York, PA 17402-7645 |
| 5292581 | | Acadia Recovery, PO Box 70256, Philadelphia, PA 19176-0256 |
| 5292584 | | Accounts Receivable Mgt, PO Box 8630, Richmond, VA 23226-0630 |
| 5292585 | | Advanced Eye Specialist, 2915 E. Prospect Road, York, PA 17402-9501 |
| 5292586 | + | Allergy and Asthma Consultants, 1620 S. Queen Street, York, PA 17403-4637 |
| 5292589 | | Best Buy CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5292590 | | Best Buy Credit Servies, PO Box 78009, Phoenix, AZ 85062-8009 |
| 5292596 | + | Credit Bureau of York, 33 S. duke Street, York, PA 17401-1485 |
| 5292597 | | Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5292598 | | EMP of York, PO Box 636884, Cincinnati, OH 45263-6884 |
| 5292599 | #+ | Escallate, 5200 Stoneham Road, North Canton, OH 44720-1584 |
| 5292600 | + | Estate Info Services LLC, EIS Collections, PO Box 1703, Reynoldsburg, OH 43068-8703 |
| 5311974 | + | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 5292601 | | Freedom Mortgage, 10500 Kincaid Drive, Suite 300, Cleveland, OH 44101-6486 |
| 5292602 | + | Freedom Mortgage Corp, Attn: Bankruptcy, Po Box 489, Mt Laurel, NJ 08054-0489 |
| 5292603 | + | Freedom Mortgage Corp, 10500 Kincaid Dr, Fishers, IN 46037-9764 |
| 5292604 | + | Griest Himes Herrold Reynosa LLP, 129 E. Market Street, York, PA 17401-1221 |
| 5292606 | | Johns Hopkins, PO Box 64896, Baltimore, MD 21264-4896 |
| 5292607 | | LabCorp, PO box 2240, Burlington, NC 27216-2240 |
| 5292610 | + | Lilla's Bridal, 3416 E. Market Street, York, PA 17402-2621 |
| 5292611 | + | Medical Data Systems Inc, Mds, 2001 9th Ave Ste 312, Vero beach, FL 32960-6413 |
| 5292612 | + | Medical Data Systems Inc, 645 Walnut St Ste 5, Gadsden, AL 35901-4173 |
| 5292613 | + | Medical Revenue Service, 645 Walnut Street, Ste 5, Gadsden, AL 35901-4173 |
| 5310207 | + | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113, USA 55113-0011 |
| 5303034 | | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 5292617 | | NCC, PO Box 9156, Alexandria, VA 22304-0156 |
| 5292618 | | Patient First, PO Bx 758941, Baltimore, MD 21275-8941 |
| 5292619 | + | Physicians Billing Services, 2600 Eastern Blvd, 204, York, PA 17402-2916 |
| 5292620 | + | Recievables Mngt / Patient First, PO Box 8630, Richmond, VA 23226-0630 |
| 5292621 | | Sheri Cover, Esquire, 25 N. Duke Street, Suite 208, York, PA 17401-1800 |
| 5292628 | + | The Lending Club, 71 Stevenson Street, San Francisco, CA 94105-2934 |
| 5292629 | + | Tim Baker, 3110 E. Market Street, York, PA 17402-2512 |
| 5294835 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3325 |
| 5292630 | | Vital REcovery Services, PO Box 923748, Norcross, GA 30010-3748 |
| 5292631 | + | Wellspan Health, 1001 S. George Street, York, PA 17403-3676 |
| 5292633 | + | York Adams Tax Claim Bureau, PO BOX 15627, York, PA 17405-0156 |
| 5292634 | + | York Hospital, 1001 S. George Street, York, PA 17403-3645 |

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 08 2020 19:37:39 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5292587 | Email/Text: bkrpt@retrievalmasters.com | Dec 08 2020 19:16:00 | AMCA Collection Agency, 4 Westchestser Plaza, Bldg 4, Elmford, NY 10523-1615 |
| 5292582 | + Email/Text: bankruptcy@rentacenter.com | Dec 08 2020 19:16:00 | Acceptance Now, Attn: Bankruptcy, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 5292583 | + Email/Text: bankruptcy@rentacenter.com | Dec 08 2020 19:16:00 | Acceptance Now, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 5292588 | + Email/Text: bkrpt@retrievalmasters.com | Dec 08 2020 19:16:00 | American Medical Collection Agency, 4 Westchester Plaza, Building 4, Elmsford, NY 10523-1615 |
| 5316064 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 08 2020 19:37:40 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5292595 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 08 2020 19:37:37 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 5292591 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 08 2020 19:37:57 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5292592 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 08 2020 19:37:57 | Capital One, Attn: General Correspondence/Bank, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5292594 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 08 2020 19:37:57 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 5292593 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 08 2020 19:37:57 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5292605 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 08 2020 19:16:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5316066 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 08 2020 19:37:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5292608 | + Email/Text: bk@lendingclub.com | Dec 08 2020 19:16:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 5292615 | + Email/Text: M74banko@daimler.com | Dec 08 2020 19:16:00 | Mercedes Benz Financia, P.o. Box 961, Roanoke, TX 76262-0961 |
| 5292616 | + Email/Text: Bankruptcies@nragroup.com | Dec 08 2020 19:16:00 | National Recovery Agency, 2491 Paxton Stret, Harrisburg, PA 17111-1036 |
| 5302898 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 08 2020 19:37:59 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5299666 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 08 2020 19:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5292623 | + Email/PDF: gecsedi@recoverycorp.com | Dec 08 2020 19:37:55 | Syncb/hhgreg, Po Box 965036, Orlando, FL 32896-5036 |
| 5292622 | + Email/PDF: gecsedi@recoverycorp.com | Dec 08 2020 19:37:55 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5293158 | + Email/PDF: gecsedi@recoverycorp.com | Dec 08 2020 19:37:55 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5292624 | + Email/PDF: gecsedi@recoverycorp.com | Dec 08 2020 19:37:55 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5292625 | + Email/PDF: gecsedi@recoverycorp.com | Dec 08 2020 19:37:55 | Synchrony Bank/Lowes, Po Box 965005, Orlando, FL 32896-5005 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5292626 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 08 2020 19:37:35 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5292627 | | Email/PDF: gecsedi@recoverycorp.com | Dec 08 2020 19:37:35 | Synchrony Bank/Walmart, Po Box 965024, El Paso, TX 79998 |
| 5292632 | + | Email/Text: kcm@yatb.com | Dec 08 2020 19:15:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 5292609 | *+ | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 5307453 | * | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 5315685 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5292614 | ##+ | Memorial Hospital, 325 South Belmont Street, York, PA 17403-2608 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2020          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Dawn Marie Cutaia | on behalf of Debtor 1 Telana Virata dmcutaia@gmail.com cutaialawecf@gmail.com;r46159@notify.bestcase.com;julie.freshstartyork@gmail.com |
| Lawrence V. Young (Trustee) | lyoung@cgalaw.com pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation mario.hanyon@brockandscott.com wbecf@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation pamb@fedphe.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

William E. Craig
   on behalf of Creditor Mercedes-Benz Financial Services USA LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 9

# NOTICE REGARDING TELEPHONIC CHAPTER 7 § 341 MEETINGS IN THE MIDDLE DISTRICT OF PENNSYLVANIA

The U.S. Trustee Program has extended the requirement that section 341 meetings be conducted by telephone or video appearance to all cases filed during the period of the President's "Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID−19) Outbreak" issued March 13, 2020, and ending on the date that is 60 days after such declaration terminates. However, the U.S. Trustee may approve a request by a trustee in a particular case to continue the section 341 meeting to an in−person meeting in a manner that complies with local public health guidance, if the U.S. Trustee determines that an in−person examination of the debtor is required to ensure the completeness of the meeting or the protection of estate property. This policy may be revised at the discretion of the Director of the United States Trustee Program.

Given the foregoing, this notice addresses the protocol for telephonic appearances for **chapter 7** section 341 meetings only. Chapter 13 debtors should refer to their standing trustee's protocol or website for additional information.

All debtor attorneys and debtors are encouraged to participate in section 341 meetings by telephone, or by such remote means as the trustee has established and noticed. Attorneys and debtors may call in from separate locations. Creditors and creditor attorneys may appear remotely and should use the information provided below or on the docket to participate.

All parties are encouraged to contact the case trustee, check the case docket, and the UST Website at https://www.justice.gov/ust for up−to−date information about section 341 meetings of creditors.

**Unless otherwise instructed, to participate in a telephonic section 341 meeting, you should use the Call−In Number and Passcode assigned to your trustee, which is listed below.**

Unless otherwise directed by your trustee, please call−in five minutes before your assigned meeting time and mute your telephone until your case is called. Please follow the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch−tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call−in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors may be in session when you call in. You may be able to hear the trustee even when your phone is muted.)
- Unmute your phone when the trustee calls your case so that the trustee can hear you.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.
- If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee a week prior to the section 341 meeting of creditors. These documents should include information sufficient for the trustee to verify the debtor's SSN. Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

| Trustee | Call−In Number | Passcode |
|---|---|---|
| Steven Carr | 1−888−282−8246 | 8589279 |
| Mark Conway | 1−866−773−1875 | 5761176 |
| Lawrence Frank | 1−866−724−5066 | 1380190 |
| Leon Haller | 1−866−507−4642 | 2179536 |
| John Martin | 1−866−809−8952 | 7685517 |
| William Schwab | 1−866−707−7516 | 4801433 |
| Robert Sheils | 1−866−714−3930 | 1832207 |
| Lawrence Young | 1−866−453−7506 | 2896054 |

tele341(03/20)