Certificate Number: 14912-PAM-DE-035232791

Bankruptcy Case Number: 20-00204


14912-PAM-DE-035232791

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 4, 2021, at 3:17 o'clock PM EST, Telana Virata completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  January 4, 2021         By:     /s/Jai Bhatt

                               Name:   Jai Bhatt

                               Title:  Counselor