United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 20-00204-HWV
Telana Virata  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4
Date Rcvd: Mar 24, 2021      Form ID: 318      Total Noticed: 63

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Telana Virata, 1080 Nugent Way, York, PA 17402-7645 |
| 5292581 | | Acadia Recovery, PO Box 70256, Philadelphia, PA 19176-0256 |
| 5292584 | | Accounts Receivable Mgt, PO Box 8630, Richmond, VA 23226-0630 |
| 5292585 | | Advanced Eye Specialist, 2915 E. Prospect Road, York, PA 17402-9501 |
| 5292586 | + | Allergy and Asthma Consultants, 1620 S. Queen Street, York, PA 17403-4637 |
| 5292596 | + | Credit Bureau of York, 33 S. duke Street, York, PA 17401-1485 |
| 5292597 | | Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5292598 | | EMP of York, PO Box 636884, Cincinnati, OH 45263-6884 |
| 5292600 | + | Estate Info Services LLC, EIS Collections, PO Box 1703, Reynoldsburg, OH 43068-8703 |
| 5311974 | + | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department,, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 5292601 | | Freedom Mortgage, 10500 Kincaid Drive, Suite 300, Cleveland, OH 44101-6486 |
| 5292603 | + | Freedom Mortgage Corp, 10500 Kincaid Dr, Fishers, IN 46037-9764 |
| 5292602 | + | Freedom Mortgage Corp, Attn: Bankruptcy, Po Box 489, Mt Laurel, NJ 08054-0489 |
| 5292604 | + | Griest Himes Herrold Reynosa LLP, 129 E. Market Street, York, PA 17401-1221 |
| 5292606 | | Johns Hopkins, PO Box 64896, Baltimore, MD 21264-4896 |
| 5292607 | | LabCorp, PO box 2240, Burlington, NC 27216-2240 |
| 5292610 | + | Lilla's Bridal, 3416 E. Market Street, York, PA 17402-2621 |
| 5292611 | + | Medical Data Systems Inc, Mds, 2001 9th Ave Ste 312, Vero beach, FL 32960-6413 |
| 5292612 | + | Medical Data Systems Inc, 645 Walnut St Ste 5, Gadsden, AL 35901-4173 |
| 5292613 | + | Medical Revenue Service, 645 Walnut Street, Ste 5, Gadsden, AL 35901-4173 |
| 5310207 | + | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113, USA 55113-0011 |
| 5303034 | | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 5292617 | | NCC, PO Box 9156, Alexandria, VA 22304-0156 |
| 5292618 | | Patient First, PO Bx 758941, Baltimore, MD 21275-8941 |
| 5292619 | + | Physicians Billing Services, 2600 Eastern Blvd, 204, York, PA 17402-2916 |
| 5292620 | + | Recievables Mngt / Patient First, PO Box 8630, Richmond, VA 23226-0630 |
| 5292621 | | Sheri Cover, Esquire, 25 N. Duke Street, Suite 208, York, PA 17401-1800 |
| 5292628 | + | The Lending Club, 71 Stevenson Street, San Francisco, CA 94105-2934 |
| 5292629 | + | Tim Baker, 3110 E. Market Street, York, PA 17402-2512 |
| 5294835 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107-3325 |
| 5292630 | | Vital REcovery Services, PO Box 923748, Norcross, GA 30010-3748 |
| 5292631 | + | Wellspan Health, 1001 S. George Street, York, PA 17403-3676 |
| 5292633 | + | York Adams Tax Claim Bureau, PO BOX 15627, York, PA 17405-0156 |
| 5292634 | + | York Hospital, 1001 S. George Street, York, PA 17403-3645 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | | |
| | | | Mar 24 2021 22:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5292587 | | EDI: RMCB.COM | | |
| | | | Mar 24 2021 22:48:00 | AMCA Collection Agency, 4 Westchestser Plaza, Bldg 4, Elmford, NY 10523-1615 |

| Recipient | Notice Method | Date/Time | Address |
|---|---|---|---|
| 5292582 | + Email/Text: bankruptcy@rentacenter.com | Mar 24 2021 19:05:00 | Acceptance Now, Attn: Bankruptcy, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 5292583 | + Email/Text: bankruptcy@rentacenter.com | Mar 24 2021 19:05:00 | Acceptance Now, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 5292588 | + EDI: RMCB.COM | Mar 24 2021 22:48:00 | American Medical Collection Agency, 4 Westchester Plaza, Building 4, Elmsford, NY 10523-1615 |
| 5316064 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 24 2021 19:15:27 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5292589 | EDI: CITICORP.COM | Mar 24 2021 22:48:00 | Best Buy CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5292590 | EDI: CITICORP.COM | Mar 24 2021 22:48:00 | Best Buy Credit Servies, PO Box 78009, Phoenix, AZ 85062-8009 |
| 5292595 | EDI: CAPITALONE.COM | Mar 24 2021 22:48:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 5292591 | + EDI: CAPITALONE.COM | Mar 24 2021 22:48:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5292592 | + EDI: CAPITALONE.COM | Mar 24 2021 22:48:00 | Capital One, Attn: General Correspondence/Bank, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5292594 | EDI: CAPITALONE.COM | Mar 24 2021 22:48:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 5292593 | + EDI: CAPITALONE.COM | Mar 24 2021 22:48:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 5384598 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Mar 24 2021 19:15:09 | HUD, 451 7th Street, SW, Washington DC 20410-0002 |
| 5292605 | EDI: IRS.COM | Mar 24 2021 22:48:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5316066 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 24 2021 19:15:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5292608 | + Email/Text: bk@lendingclub.com | Mar 24 2021 19:05:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 5292615 | + EDI: DAIMLER.COM | Mar 24 2021 22:48:00 | Mercedes Benz Financia, P.o. Box 961, Roanoke, TX 76262-0961 |
| 5292616 | + Email/Text: Bankruptcies@nragroup.com | Mar 24 2021 19:05:00 | National Recovery Agency, 2491 Paxton Stret, Harrisburg, PA 17111-1036 |
| 5302898 | EDI: PRA.COM | Mar 24 2021 22:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5299666 | EDI: PENNDEPTREV | Mar 24 2021 22:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5299666 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 24 2021 19:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5292623 | + EDI: RMSC.COM | Mar 24 2021 22:48:00 | Syncb/hhgreg, Po Box 965036, Orlando, FL 32896-5036 |
| 5292622 | + EDI: RMSC.COM | Mar 24 2021 22:48:00 | Syncb/hhgreg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5293158 | + EDI: RMSC.COM | Mar 24 2021 22:48:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| | | | | |
|---|---|---|---|---|
| 5292624 | + | EDI: RMSC.COM | Mar 24 2021 22:48:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5292625 | + | EDI: RMSC.COM | Mar 24 2021 22:48:00 | Synchrony Bank/Lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 5292626 | + | EDI: RMSC.COM | Mar 24 2021 22:48:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5292627 | | EDI: RMSC.COM | Mar 24 2021 22:48:00 | Synchrony Bank/Walmart, Po Box 965024, El Paso, TX 79998 |
| 5292632 | + | Email/Text: kcm@yatb.com | Mar 24 2021 19:05:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 5292609 | *+ | Lending Club Corp, 71 Stevenson St Ste 300, San Francisco, CA 94105-2985 |
| 5307453 | * | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 5315685 | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5292599 | ##+ | Escallate, 5200 Stoneham Road, North Canton, OH 44720-1584 |
| 5292614 | ##+ | Memorial Hospital, 325 South Belmont Street, York, PA 17403-2608 |

TOTAL: 0 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 26, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Dawn Marie Cutaia | on behalf of Debtor 1 Telana Virata dmcutaia@gmail.com cutaialawecf@gmail.com;r46159@notify.bestcase.com;judy.cutaialaw@gmail.com |
| Lawrence V. Young (Trustee) | lyoung@cgalaw.com pa33@ecfcbis.com;tlocondro@cgalaw.com;rminello@cgalaw.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |

| | |
|---|---|
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation pamb@fedphe.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | on behalf of Creditor Mercedes-Benz Financial Services USA LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com |

TOTAL: 8

## Information to identify the case:

**Debtor 1** Telana Virata
First Name  Middle Name  Last Name

**Debtor 2** _____
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court  Middle District of Pennsylvania

Case number: 1:20-bk-00204-HWV

Social Security number or ITIN  xxx–xx–7835
EIN  __–_____

Social Security number or ITIN  ____
EIN  __–_____

# Order of Discharge  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Telana Virata

3/24/21

**By the court:** *Henry W. Van Eck*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: MichaelMcHugh, Deputy Clerk

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318  **Order of Discharge**  page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**